UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-CR-00093-MO |
| v. | SUPERSEDING INDICTMENT |
| DAVID BRUCE CORBIT, | |
| Defendant. | 21 U.S.C. §§ 841(a)(1), 846<br>21 U.S.C. § 853 |

THE GRAND JURY CHARGES:

### COUNT 1:
### Conspiracy to Distribute Methamphetamine

Between January 2012 and February 2014, in Multnomah County, within the District of Oregon, defendant **DAVID BRUCE CORBIT** did knowingly and willfully combine, conspire, confederate and agree with others both known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), that this violation involved 50 grams or more of actual (pure) methamphetamine.

### COUNT 2:
### Distribution of Methamphetamine

On or about May 31, 2013, in Multnomah County, within the District of Oregon, defendant **DAVID BRUCE CORBIT** did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The Grand Jury further charges, pursuant to Title 21, United States

Code, Section 841(b)(1)(B)(viii), that this violation involved 5 grams or more of actual (pure) methamphetamine.

### CRIMINAL FORFEITURE -DRUG OFFENSE

As a result of committing the controlled substance offenses alleged in Counts 1 or 2 of this indictment, defendant **DAVID BRUCE CORBIT** shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations.

DATED this 24th day of June 2014.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

Page 2 - SUPERSEDING INDICTMENT, *U.S. v. David Bruce Corbit*